**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LG CONSTRUCTION GROUP LLC, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>GRANGE INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 23-cv-16486<br>Honorable Nancy L. Maldonado |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED and agreed by and between the undersigned attorneys for all parties in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A(ii), that this action and each and every claim therein be dismissed, without prejudice, with each party to bear its own costs.

Dated: July 12, 2024

By: /s/ *David B. Goodman*

David B. Goodman
dg@glgchicago.com\
Kalli K. Nies
kn@glgchicago.com
Christopher S. Hoffmann
ch@glgchicago.com
Goodman Law Group | Chicago
20 N Clark Street #3300
Chicago, Illinois 60602
Tel. 312-626-1892
*Attorneys for LG Construction Group, LLC (Plaintiff)*

By: /s/ *Patti M. Deuel*

Patti M. Deuel
Leahy, Eisenberg & Fraenkel, Ltd.
33 W. Monroe Street, Suite 1100
Chicago, Illinois 60603
Tel. 312-368-4554
Email: pmd@lefltd.com
*Attorney for Grange Insurance Company (Defendant)*

**CERTIFICATE OF SERVICE**

    I, David Goodman, an attorney, hereby certify that on July 12, 2024, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

/s/ David B. Goodman