**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

LG CONSTRUCTION GROUP, LLC

                                                  Plaintiff,

v.                                                             Case No.: 1:23–cv–16486
                                                                                Honorable Jeffrey I Cummings

Grange Insurance Company

                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 12, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: This case has been reassigned to the calendar of Judge Jeffrey I. Cummings. The parties have filed a joint stipulation of dismissal [29], which is self–effectuating under Rule 41(a)(1)(A)(ii). All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.